**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-2041**

_____

BRENDA COLEMAN GILLIS,

        Debtor - Appellant,

    v.

SUZANNE E. WADE,

        Trustee - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:21-cv-00309-DJN)

_____

Submitted:  January 20, 2022                    Decided:  January 24, 2022

_____

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Brenda Coleman Gillis, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda Coleman Gillis seeks to appeal the district court's order dismissing her appeal from the bankruptcy court's order. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on July 12, 2021. Gillis filed the notice of appeal on September 20, 2021. Because Gillis failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2